



# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Gholam Yahki, Irene Yahki, Maisha Oliver, Jose Hernandez,<br><br><br><br>Debtor(s). | Case Nos: 1:11-bk-10417-MT; 1:11-ap-01026-MT 1:10-bk-24916-KT; 1:11-ap-01025-KT; 1:11-bk-10217-GM; 1:11-ap-01009-GM<br><br>Chapter: 13<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL AND SANCTIONS PURSUANT TO 11 U.S.C. § 110**<br><br>Date:  January 11, 2011<br>Time:  1:30 p.m.<br>Location:  Courtroom 302 |

On January 11, 2011, the court heard testimony that the above cases were filed for a fee by bankruptcy petition preparers who did not disclose their involvement and received a fee for the document preparation. The individual debtors were not present to pay the filing fee and the preparer appears to have brought the filing fee to the clerk's office in violation of section 110.

As the debtors and the bankruptcy petition preparers appear to be in violation of section 110,

///

///

///

///

-1-

1   **IT IS HEREBY ORDERED** that the above-referenced debtors and the individuals at Wall Street

2   Funding and or IDS and any other petition preparers are to appear on January 18, 2011 at 10:30 a.m.

3   at the United Stated Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367 to show cause

4   why they should not be sanctioned and the cases dismissed for violation of 11 U.S.C. section 110.

5       If the debtors do not appear in person, the case will be dismissed.

6

7   DATED: 1|11|11                                    *Maureen Tighe*

8                                                     _____
                                                      Maureen A. Tighe
9                                                     United Stated Bankruptcy Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

*ORDER TO SHOW CAUSE RE: DISMISSAL*

Notice is given by the court that a judgment or order entitled (*specify*) *& SANCTION* _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___*1-11-11*___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*See Attached Sheet*

*Loren Collins*
*8344 Hillary Drive*
*West Hills CA 91304*

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**

## SERVICE LIST

**Gholam Yahki**
4813 Galendo St
Woodland Hills, CA 91364

**Irene Yahki**
4813 Galendo St
Woodland Hills, CA 91364

**Elizabeth (SV) F Rojas (TR)**
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

**United States Trustee (SV)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Allen K Brown**
215 W Pomona Blvd Ste 201
Monterey Park, CA 91754

**Jose Hernandez**
1251 Indigo Pl
Oxnard, CA 93036

**Marisol A Nagata**
20955 Pathfinder Rd Ste 300
Diamond Bar, CA 91765

**Maisha Oliver**
834 East 87th Pl
Los Angeles, CA 90002

**Herald Properties, LLC**
3000 S. Robertson Blvd #215
Los Angeles, CA 90034